Petition for Writ of Mandamus Denied and Opinion filed May 16, 2002









Petition for Writ of Mandamus Denied and Opinion filed
May 16, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00419-CV

____________

 

IN RE JERRY FULLER, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

O P I N I O N

On May 6, 2002, relator
filed a petition for writ of mandamus in this Court seeking to compel the trial
court judge to set aside his criminal conviction.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2002);  see also
Tex. R. App. P. 52.

We deny relator=s petition for writ of mandamus.

PER CURIAM

 

Petition Denied
and Opinion filed May 16, 2002.

Panel consists of
Chief Justice Brister and Justices Anderson and
Frost.

Do Not Publish ‑ Tex. R. App. P. 47.3(b).